1  JAFARI LAW GROUP
2  David V. Jafari (State Bar No. 207881)
   Tom T. Diep (State Bar No. 242087)
3  801 N. Parkcenter Drive, Suite 220
   Santa Ana, California, 92705
4
5  Telephone: (714) 542-2265
   Facsimile: (714) 542-2286
6  Email: djafari@jafarilawgroup.com
7  Attorney for Plaintiff,
8  Allstar Tire & Wheel, Inc.
9
10
11            **UNITED STATES DISTRICT COURT**
12            **CENTRAL DISTRICT OF CALIFORNIA**
13                  **SOUTHERN DIVISION**
14

| | |
|---|---|
| ALLSTAR TIRE & WHEEL, INC., a California Corporation; | Case No. **SACV08-00563 AHS (JTLx)** |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT No. D503,369** |
| vs. | |
| WHEEL PROS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive; | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

1

**COMPLAINT**

2     Plaintiff Allstar Tire & Wheel, Inc. ("ATW") by way of its complaints

3 alleges the following against Defendants:

4

5

**PARTIES**

6     1.     ATW is a corporation organized and existing under the laws of the

7 state California, and having its principal place of business at 1403 N. Batavia,

8 Suite 107, Orange, CA 92867.

9     2.     On information and belief, Defendant Wheel Pros, Inc. is a

10 corporation organized and existing under the laws of the state of Delaware doing

11 business all over the United States, including the state of California, and having its

12 headquarters at 44 Union Blvd, Suite 620 S, Lakewood, CO 80228.

13     3.     On information and belief, Defendant Wheel Pros, Inc. regularly

14 conducts business in this state and District, and has purposely directed its activities

15 towards residents in California, and this District,  particularly having multiple

16 distributors physically located in this District, and more specifically, having

17 multiple distributors in Santa Ana, California; multiple distributors in Anaheim,

18 California; multiple distributors in Costa Mesa, California; multiple distributors in

19 Garden Grove, California; multiple distributors in Irvine, California; and several

20 other distributors throughout the entire Central District of California.

21     4.     Furthermore, Wheel Pros, Inc. maintains a state-local Agent for

22 Service of Process, and may be served with process by serving its registered agent,

23 CT Corporation System, located at 818 West Seventh Street, Los Angeles, CA

24 90017.

25     5.     The true names and capacities of the Defendants named herein as

26 DOES 1 through 10, whether individual, corporate, associate, or otherwise, are

27 unknown to ATW, who therefore sues said Defendants by said fictitious names.

28 ATW is informed and believes, and thereon alleges, that each of the Defendants

- 2 -

designated herein as DOE is legally responsible for the events and happenings hereinafter alleged and legally caused injury and damages proximately thereby to ATW as herein alleged. ATW will seek to leave to amend the Complaint when the true names and capacities of said DOE Defendants have been ascertained. Wheel Pros, Inc. and DOES Defendants are hereinafter collectively referred to as "Defendants."

## JURISDICTION AND VENUE

6.     This action, as hereinafter more fully appears, arises under the Patent Laws of the United States of America, specifically Title 35 U.S.C. §§ 101 et seq., being for patent infringement.

7.     This court has subject matter jurisdiction based upon 28 U.S.C §§ 1331, and 1338(a).

8.     On information and belief, this court has personal jurisdiction over Defendants since Defendants engage in a business in California and in this District, and have purposely availed himself (or themselves) of the privileges of doing business in the State of California and in this District, both generally and specifically, by directing its activities at the residents of California and in this District by marketing, using, selling, importing, distributing, and/ or offering for sale a number of different products that infringe the claim of ATW's Patent No. D503,369 ("the '369 Patent") throughout the State of California, including conducting business at multiple locations in Santa Ana, California and many other locations throughout this District.

9.     On information and belief, Venue is proper in this judicial district pursuant to 28 U.S.C §§ 1391(b) and (c), and 1400(b), in part due to Defendant's conducting its business in this state and marketing, offering for sale, and selling his wheel products in several locations throughout this state and in this District.

///

COMPLAINT FOR PATENT INFRINGEMENT

**STATEMENT OF THE CASE**

10. On March 29, 2005, United States Letters of Patent No. D503,369 entitled "Decorative Vehicular Wheel Lip" was duly and legally issued to Joey K. Kato. All rights, title and interests in the '369 Patent were assigned to ATW, which remains the sole owner. See Exhibit A. Such rights, title and interests include, without limitation, the right to sue for infringement of the '369 Patent.

11. On or about June 11, 2007 ATW attempted communication with Wheel Pros, Inc. ("Defendants") informing them of their infringing products and to cease and desist marketing, using, offering for sale, selling, distributing, and/or importing a number of different products that infringe the claim of the '369 Patent.

12. Although some communication was established with Defendants in mid 2007, on or about October 2007, after numerous attempts to contact Defendant's council, ATW's communications to Defendants ceased and have since been ignored.

13. On information and belief, Defendants continue to market, advertise, offer for sale, sell, distribute, and/or import numerous infringing products, and have continued to expand their line of infringing products, at least since ATW's first communication with Defendants in 2007.

14. Defendants continue to update their website www.wheelpros.com, wherein multiple infringing products are continuously marketed, advertised and offered for sale throughout the entire United States; said website providing customers with distributor information including their numbers and addresses to their physical business locations in this state, which include a great number of dealers located in this state and particularly in this District.

15. ATW is informed and believes, and on that basis alleges, that each of the Defendants participated in some manner responsible for the acts described in this Complaint and any damages resulting therefrom.

///

- 4 -

16.    ATW is informed and believes, and on that basis alleges, that each of the Defendants has acted in concert and participation with each other concerning each of the claims in this Complaint.

17.    ATW is informed and believes, and on that basis alleges, that each of the Defendants were empowered to act as the agent, servant and/or employee of each of the other Defendants, and that all the acts alleged to have been done by each of them were authorized, approved, and/or ratified by each of the other Defendants.

18.    On information and belief, Defendants' foregoing acts of infringement were willful and deliberate from the time which it first received notice of its infringement as prescribed by 35 U.S.C. § 287(a) and continue to be willful and deliberate.

19.    On information and belief, Defendants have been and are infringing the '369 Patent, within this District and elsewhere in the United States, by making, selling, importing, distributing and/or offering for sale products that infringe the claim of the '369 Patent.

20.    ATW has been damaged by the foregoing acts of infringement of its patent by Defendants and asks the court for enforcement of the '369 Patent and will continue to be damaged by such infringement unless Defendants are enjoined by the Court.

## CLAIM FOR RELIEF

### (Patent Infringement of U.S. Patent No. D503,369)

21.    ATW repeats and incorporates by reference each of the forgoing paragraphs of its Complaint.

22.    Upon information and belief, Defendants are now, and have been infringing the '369 Patent under 35 U.S.C. §271, et seq. by, without permission or authority from ATW, importing into the United States and selling, offering to sell,

1 and/or using within the United States, including this District, automobile wheels
2 covered by this patent.  Examples of such infringing automobile wheels include the
3 following wheel models: KMC 127 Dime; KMC 131; AF129; V57; V56; WL11;
4 and other products as yet unidentified. See Exhibit B.

5     23.   Defendants have notice of its infringement as prescribed by 35 U.S.C.
6 § 287(a).

7     24.   On information and belief, Defendants' foregoing acts of infringement
8 were willful and deliberate from the time which it first received notice of its
9 infringement as prescribed by 35 U.S.C. § 287(a) and continue to be willful and
10 deliberate.

11     25.   ATW has been damaged by the foregoing acts of infringement of its
12 patent by Defendants and will continue to be damaged by such infringement unless
13 enjoined by the Court.

14 **RELIEF REQUESTED**

15     WHEREFORE, ATW respectfully requests that this Court enter judgment
16 against Defendants as follows:

17     A.   That the '369 Patent is, during all relevant periods, valid and
18 enforceable;

19     B.   That the '369 Patent has been infringed by Defendants;

20     C.   An injunction against further infringement of the '369 Patent by
21 Defendants;

22     D.   An award of damages in the amount of all of Defendants' profits from
23 sales of products infringing ATW's patent, or, in the alternative, an award of
24 damages sufficient to compensate ATW for patent infringement that has occurred,
25 together with pre-judgment interest and costs;

26     E.   An award of all other damages permitted by 35 U.S.C. § 284,
27 including increased damages up to three times the amount of compensatory
28 damages found;

COMPLAINT FOR PATENT INFRINGEMENT

F.     That this is an exceptional case and an award to ATW of its costs and reasonable attorney's fees incurred in this action as provided by 35 U.S.C. § 285; and

G.     Such other relief that this Court deems just and proper.

DATED:   May 15, 2008

Respectfully submitted,

JAFARI LAW GROUP

By: _____

David V. Jafari

Attorneys for Plaintiff,
Allstar Tire & Wheel, Inc.

- 7 -

**DEMAND FOR JURY TRIAL**

Plaintiff Allstar Tire & Wheel, Inc. hereby demands a trial by jury on all claims and defenses that are or may be asserted as to which a right to a jury trial attaches.


DATED:  May 15, 2008                              Respectfully submitted,

                                                 JAFARI LAW GROUP

                                                 By: _____
                                                     David V. Jafari

                                                 Attorneys for Plaintiff,
                                                 Allstar Tire & Wheel, Inc.

- 8 -

# EXHIBIT A



US00D503369S

(12) **United States Design Patent**       (10) Patent No.:       **US D503,369 S**
   Kato                                      (45) Date of Patent:    ** **Mar. 29, 2005**

(54) **DECORATIVE VEHICULAR WHEEL LIP**

(76) Inventor:   Joey K. Kato, 27560 Glenwood Dr.,
                 Mission Viejo, CA (US) 92692

(**) Term:      14 Years

(21) Appl. No.: 29/176,867

(22) Filed:     Feb. 28, 2003

(51) LOC (7) Cl. ...................................... **12-16**
(52) U.S. Cl. ...................................... **D12/208**
(58) Field of Search ............................... D12/204–213;
                      301/65, 37.1, 95, 96, 97; D25/119

(56)              **References Cited**

            U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,126,222 | A | * | 8/1938 | Schwinn ................ 301/95.106 |
| D281,967 | S | * | 12/1985 | Hashimoto ................. D12/208 |
| D389,446 | S | * | 1/1998 | Bradley ..................... D12/208 |
| D398,894 | S | * | 9/1998 | Kelley ...................... D12/208 |
| D405,194 | S | * | 2/1999 | Kenkel ..................... D25/119 |
| D438,499 | S | * | 3/2001 | Schardt ..................... D12/208 |
| D490,167 | S | * | 5/2004 | Eichner et al. ............ D25/119 |

* cited by examiner

Primary Examiner—Charles Rademaker
Assistant Examiner—Maurice Stevens
(74) Attorney, Agent, or Firm—Stetina Brunda Garred & Brucker

(57)                **CLAIM**

The ornamental design for a decorative vehicular wheel lip, as shown and described.

                **DESCRIPTION**

FIG. 1 is a front elevational view of the decorative vehicular wheel lip of the present invention showing my new design with the phantom lines depicting solely environmental structure and forming no part of the claimed design;

FIG. 2 is a side elevational view thereof with the phantom lines depicting solely environmental structure and forming no part of the claimed design;

FIG. 3 is a front elevational view thereof; and,

FIG. 4 is a cross-sectional view taken about lines 4—4 of FIG. 1.

                1 Claim, 2 Drawing Sheets



**U.S. Patent**     Mar. 29, 2005     Sheet 1 of 2     **US D503,369 S**



*Fig. 1*

*Fig. 2*

EXHIBIT A
Page 2 of 5



*Fig.3*



*Fig.4*

## PATENT ASSIGNMENT

WHEREAS, Joey K. Kato of Mission Viejo, California, Assignor, has invented a new and useful DECORATIVE VEHICULAR WHEEL LIP, for which United States Design Patent No. US D503,369 S was Issued to him on March 29, 2005; and

WHEREAS, Assignor believes himself to be the original, first, and sole inventor of the invention disclosed and claimed in the application for Design Patent filed on February 28, 2003 in the United States Patent and Trademark Office and assigned Application No. 29/176,867; and

WHEREAS, Allstar Tire & Wheel, Inc., a California corporation, Assignee, desires to acquire by formal, recordable assignment the entire right, title, and interest in and to the invention, the application, United States Design Patent No. US D503,369 S, and any other Design Patent that might be granted for the invention in the United States and/or throughout the world, including any divisional and/or continuation and/or continuation-in-part;

NOW, THEREFORE, in consideration of the sum of U.S. Fifteen Thousand Dollars ($15,000.00) and of other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby sells, assigns, and transfers to Assignee, the entire right, title, and interest, including the exclusive right to sue for any and all past infringement, in and to the invention, the application, United States Design Patent No. US D503,369 S, and any other Design Patent that might be granted for the invention in the United States and/or throughout the world, including any divisional and/or continuation and/or continuation-in-part, including any as-of-yet unexpired right to file foreign applications directly in the name of Assignee and to claim for any such foreign applications any priority rights to which such applications are entitled under international conventions, treaties, or otherwise. Provided however that any pending patent infringement actions commenced by Kato, not including the action filed against Allstar Tire & Wheel, Jeff Meehan, and David Aynehchi, are expressly excluded from this provision.

Further, Assignor agrees that, upon request and without further compensation, but at no expense to Assignor, he and his legal representatives and assigns will perform all lawful acts, including the execution of papers and the giving of testimony, that might be necessary or desirable for obtaining, sustaining, reissuing, or enforcing the Design Patent in the United States and throughout the world for the invention, and for perfecting, recording, or maintaining the title of Assignee, its successors and assigns, to the invention, the application, United States Design Patent No. US D503,369 S, and any other Design Patent that might be granted for the invention in the United States and/or throughout the world, including any divisional and/or continuation and/or continuation-in-part.

Assignor represents and warrants that he has not granted and will not grant to others any rights inconsistent with the rights granted by this Assignment. Assignor further represents and warrants that he does not know of any improvements to the invention other than what has been disclosed in the application unless said improvement is disclosed to Assignee in writing prior to the execution of this Assignment.

Assignor authorizes and requests that the Commissioner of Patents of the United States, and the corollary official of all foreign countries in which applications have been filed, to issue any Design Patent granted for the invention, whether on the application, or on any subsequently filed division, continuation, continuation-in-part, or reissue application, to Assignee, its successors and assigns, as the assignee of the entire interest in the invention.

IN WITNESS WHEREOF, Assignor has executed this Assignment.

Assignor

Date: 8/31/06

Joey K. Kato

State of California}

County of Orange }

On 8-31-06 _____ before me, Angi Morrow _____,

personally appeared Joey K. Kato ~~personally known to me~~ -OR- proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public

ANGI MORROW
Commission # 1576630
Notary Public - California
Orange County
My Comm. Expires Jun 4, 2009

Patent Assignment
Page 2 of 2

EXHIBIT A
Page 5 of 5

# EXHIBIT B



EXHIBIT B
Page 1 of 14



http://www.wheelpros.com/downloads/highres/12/KM127_DimeBlk_RT.jpg          5/15/2008

Wheel Pros Brands                                                         Page 1 of 1



EXHIBIT B
Page 3 of 14



EXHIBIT B
Page 4 of 14



Alba • Asanti • Autocouture • Diamo • Enkei • Helo • Ice Metal • KMC • Lexani • Lorenzo • Moto Metal • OE • Poison Spyder •
QT • Venti • Venti Plus • XD • BF Goodrich • Falken • Michelin • Nitto Tire • Pirelli • Sumitomo

EXHIBIT B
Page 5 of 14



http://www.wheelpros.com/downloads/highres/239/AF129.jpg

5/15/2008



EXHIBIT B
Page 7 of 14



http://www.wheelpros.com/downloads/highres/745/District-Midnight-T.jpg                    5/15/2008



Alba • Asanti • Autocouture • Diamo • Enkei • Helo • Ice Metal • KMC • Lexani • Lorenzo • Moto Metal • OE • Poison Spyder •
QT • Venti • Venti Plus • XD • BF Goodrich • Falken • Michelin • Nitto Tire • Pirelli • Sumitomo

EXHIBIT B
Page 9 of 14



EXHIBIT B
Page 10 of 14



EXHIBIT B
Page 11 of 14



EXHIBIT B
Page 12 of 14



EXHIBIT B
Page 13 of 14



EXHIBIT B
Page 14 of 14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Alicemarie H. Stotler and the assigned discovery Magistrate Judge is Jennifer T. Lum.

The case number on all documents filed with the Court should read as follows:

## SACV08- 563 AHS (JTLx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTAR TIRE & WHEEL, INC. a California Corporation<br><br>PLAINTIFF(S)<br><br>v. | CASE NUMBER<br><br>**SACV08-00563 AHS (JTLx)** |
| WHEEL PROS, INC., an Deleware Corporation, and Does 1 through 10, inclusive;<br><br>DEFENDANT(S). | **SUMMONS** |

TO:     DEFENDANT(S):  <u>WHEEL PROS, INC.</u>

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _____JAFAR LAW GROUP_____, whose address is  801 N. Parkcenter Drive, Suite 220, Santa Ana CA 92705 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:     **MAY 20** 2008

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALLSTAR TIRE & WHEEL, INC. a California Corporation<br><br>PLAINTIFF(S)<br><br>v. | CASE NUMBER<br><br>**SACV08-00563 AHS (JTLx)** |
|---|---|
| WHEEL PROS, INC., an Deleware Corporation, and Does 1 through 10, inclusive;<br><br>DEFENDANT(S). | **SUMMONS** |

TO:   DEFENDANT(S):  WHEEL PROS, INC.

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _____JAFAR LAW GROUP_____, whose address is __801 N. Parkcenter Drive, Suite 220, Santa Ana CA 92705__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

**ROLLS ROYCE PASCHAL**

Dated: ___MAY 2 0 2008___

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
#### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Allstar Tire & Wheel, Inc. | Wheel Pros, Inc. |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): <br> Orange County, CA | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): <br> Jefferson County, CO |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> JAFARI LAW GROUP <br> 801 N. Parkcenter Drive, Suite 220 <br> Santa Ana, CA 92705 <br> (714) 542-2265 | Attorneys (If Known) <br> Ruy M. Garcia-Zamor , Esq. <br> 12960 Linden Church Road <br> Clarksville, MD 21029 |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No  ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**  Case Number:  **SACV08-00563 AHS (JTLx)**

| CV-71 (07/05) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

VIII(b).  RELATED CASES: Have any cases been previously filed that are related to the present case?  ☑ No   ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

IX.  VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
  Orange County

List the California County, or State if other than California, in which EACH named defendant resides.  (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
  Colorado

**List the California County,** or State if other than California, in which EACH claim arose.  (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
  Orange County, Riverside County, Los Angeles County,

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   5 / 2 0 / 0 8

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |