**JS6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ALLSTAR TIRE & WHEEL, INC., | ) | SA CV 08-563 AHS (ANx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| WHEEL PROS, INC., | ) | |
| Defendant. | ) | |

Plaintiff's and defendant's motions for summary judgment and/or adjudication having come on regularly for hearing before the Court, the Honorable Alicemarie H. Stotler, Judge, presiding, and the matters having been duly heard and considered and decision having been duly rendered,

IT IS ORDERED AND ADJUDGED:

that plaintiff shall take nothing from defendant, that judgment for defendant is granted, and that defendant shall recover its costs of suit.

DATED: September 22, 2010.

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
U.S. DISTRICT JUDGE

O:\Review\CV, 08-563 Jdgmnt.wpd